UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.                                             CASE: 1:24-CR-20 (RBW)

BILLY GOBER

## UNOPPOSED MOTION FOR CONTINUANCE

MAY IT PLEASE THE COURT:

1.

Undersigned counsel has informed opposing counsel and the Court of a personal family emergency that has arisen.

2.

The undersigned counsel's 89-year-old mother is in serious medical decline and was admitted to hospital in Johnson County, Kansas November 5, 2024.

3.

Mrs. Jaunita Long has congestive heart failure, COPD, possible pneumonia, cannot ambulate without the assistance of a wheel chair, and cannot breathe without the aid of an oxygen bottle.

4.

The undersigned counsel's sister has informed him that she is in serious condition. He must travel to Kansas to be with his mother during the final weeks of her life. He is currently scheduled to arrive in Kansas on November 29, 2024. The undersigned' sister is conferring with him hourly by text as the situation develops.

5.

A trial is scheduled in this matter on 9 December 2024.

6.

Undersigned counsel cannot properly prepare for trial with this tragedy hanging over his head at the same time the trial is pending. Mr. Gober deserves effective and undistracted representation at his trial and counsel is concerned that to proceed in the current posture would negatively affect the accused' right to due process, not to mention the personal toll it would take on undersigned to be trying a case 1100 miles away from his dying mother.

7.

Undersigned counsel has conferred with his client and the client has no objection to a continuance.

8.

Undersigned counsel has conferred with the government, who has no objection to this defense continuance.

9.

Both parties have waived the Speedy Trial Clock in this matter.

WHEREFORE, Petitioner respectfully requests that this Court grant Defendant a continuance and reset this matter for 2025.

Respectfully submitted,

*/s/Joseph J. Long*
La. Bar Roll #25968
251 Florida Street, Ste. 308
Baton Rouge, LA 70801
(225) 343-7288
JOE@LEGAL225.COM

*Counsel for Defendant Billy Gober*

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.                                         CASE: 1:24-CR-20 (RBW)

BILLY GOBER

**ORDER**

Considering the foregoing <u>Motion for Continuance</u>:

IT IS ORDERED THAT the Motion is granted, and the trial shall be set by order for a later date, upon conferring with all counsel and the court's calendar.

Signed at Washington D. C., this _____ day of November 2024.

_____
REGGIE B. WALTON
United States District Judge